UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-13704 |
| | | CHAPTER 13 |
| MARVIN LOVE | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    After the filing of the Trustee's Certification of Final Payment, the Trustee reports that a check(s) sent to the debtor have not been cashed or have been returned as undeliverable. Trustee has made inquiry through debtor(s)' counsel regarding a forwarding address, but no further information for rectifying this refund has been provided. These Funds are now unclaimed.

<u>Amount</u>
$1927.41

<u>Debtor Address</u>
MARVIN LOVE
338 BROOKHAVEN AVENUE
CINCINNATI, OH  45215


                                                                      Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Tammy E. Stickley, Esq.
       Staff Attorney
       Attorney Reg No. OH 0090122

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       tstickley@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **ordinary U.S. Mail** on June 09, 2020 addressed to:

                                        /s/     Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

Debtor(s)
MARVIN LOVE
338 BROOKHAVEN AVENUE
CINCINNATI, OH  45215

Registry_Deposit_for_Debtors